UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Union Mutual Ins Co

V.                                Case Number:  3:02cv1216 MRK

Air Inc

NOTICE TO COUNSEL
--------------------

The above-entitled case was reported to the Court on January 16, 2004 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on February 15, 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at New Haven, Connecticut, January 20, 2004.


KEVIN F. ROWE, CLERK

By: /s/ Kenneth R. Ghilardi
    Kenneth R. Ghilardi
    Deputy Clerk