UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

* Amended (from 12/30/03) Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

January 15, 2004        Held

2:00 p.m.        5 hours


CASE NO. **3:02cv1216 (MRK)**   **Union Mutual Ins. Co. Vs. Air, Inc.**

Stuart G. Blackburn
Two Concorde Way, Bldg 3C, PO Box 608
Windsor Locks, CT 06096


David J. Crotta Jr.
Mulvey, Oliver & Gould
83 Trumbull St.
New Haven, CT 06511


Kenneth J. Mulvey Jr.
Mulvey, Oliver & Gould
83 Trumbull St.
New Haven, CT 06511


* PLEASE NOTE: CASE NO. 3:02cv1317(MRK), NATIONAL GRANGE MUTUAL
INSURANCE v. AIR, INC., WILL BE INCLUDED IN THE SETTLEMENT
DISCUSSIONS.

   THANKS.

                              BY ORDER OF THE COURT
                              KEVIN F. ROWE, CLERK