UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

Feb 20   3 52 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNION MUTUAL INSURANCE COMPANY,

        Plaintiff        Civil Action No. 3 02 cv 1216 (MRK)

VS.

AIR INC.,

        Defendant        January 30, 2004

### STIPULATION FOR DISMISSAL

The parties to this cause of action, being the Union Mutual Insurance Company, plaintiff, and Air Inc., defendant, by their counsel enter into a stipulation for the dismissal of this cause of action without costs and with prejudice.

UNION MUTUAL INSURANCE COMPANY,
Plaintiff

By _____
Stuart G. Blackburn, Esq.
Law Offices of Stuart G. Blackburn
P. O. Box 608
Windsor Locks, Connecticut 06096-0608
Tel: 860-292-1116
Fax: 860-292-1221
Federal Bar Number: CT 00686

AIR INC., Defendant

By _____
Kenneth J. Mulvey, Jr., Esq.
Mulvey, Oliver, Gould & Crotta
83 Trumbull Street
New Haven, Connecticut 06511
Tel: 203-624-5111
Fax: 203-789-8371
Federal Bar Number: CT 04164

F:\MOSG\Active\Central Ins. Co. 003001\Air, Inc. v. Brookfield Office Park KJM 21\Pleadings\stip to dismiss 1-30-04.wpd

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed this 20th day of February, 2004, postage prepaid, to all counsel and pro se parties of record, as follows:

William E. Gericke, Esq.
Cozen O'Connor
The Atrium
1900 Market Street, 3rd Floor
Philadelphia, PA   19103-3527

John J. O'Brien, Jr., Esq.
Moller, Peck, & O'Brien
1010 Wethersfield Avenue, 1st Floor
Hartford, Connecticut   06114-3149

Stuart G. Blackburn, Esq.
Two Concorde Way
Building 3C
P. O. Box 608
Windsor Locks, Connecticut   06096

_____
Kenneth J. Mulvey, Jr.

MULVEY, OLIVER, GOULD & CROTTA  •  ATTORNEYS AT LAW  •  83 TRUMBULL STREET  •  NEW HAVEN, CONNECTICUT 06511-3774  •  TELEPHONE (203) 624-5111  •  FACSIMILE (203) 789-8371