UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
FEB 20  3 52 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNION MUTUAL INSURANCE COMPANY,

       Plaintiff    Civil Action No. 3 02 cv 1216 (MRK)

VS.

AIR INC.,

       Defendant   January 30, 2004

### STIPULATION FOR DISMISSAL

  The parties to this cause of action, being the Union Mutual Insurance Company, plaintiff, and Air Inc., defendant, by their counsel enter into a stipulation for the dismissal of this cause of action without costs and with prejudice.

            UNION MUTUAL INSURANCE COMPANY,
            Plaintiff

          By _____
            Stuart G. Blackburn, Esq.
            Law Offices of Stuart G. Blackburn
            P. O. Box 608
            Windsor Locks, Connecticut 06096-0608
            Tel: 860-292-1116
            Fax: 860-292-1221
            Federal Bar Number: CT 00686

ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U.S. District Court
By _____ Deputy Clerk

United States District Court
District of Connecticut
NEW HAVEN
2/23 ___ 20 04
By _____ Deputy Clerk